# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# ALEXANDRIA DIVISION

| | |
|---|---|
| **SHERPA PASANG LAMA** **#A201-748-481, Plaintiff** | **CIVIL DOCKET NO. 1:21-CV-00181-P** |
| **VERSUS** | **JUDGE DAVID C. JOSEPH** |
| **CHAD WOLF, ET AL,** **Defendants** | **MAGISTRATE JUDGE JOSEPH H.L. PEREZ-MONTES** |

## J U D G M E N T

For the reasons stated in the REPORT AND RECOMMENDATION of the Magistrate Judge previously filed herein [ECF No. 12], noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED that Plaintiff's Motion for Temporary Restraining Order [ECF No. 2] is DENIED.

THUS, DONE AND SIGNED in Chambers on this 3rd day of March 2021.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE